IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FREDERICK BANKS,<br>    Plaintiffs | )<br>)<br>) |
| v. | ) Civil Action No. 13-119<br>) |
| WARDEN W. PUGH, ET AL.,<br>    Defendants. | )<br>) |

### ORDER

Before the Court is a document, entitled "Notice of Appeal; And Motion for Reconsideration" [document #7], wherein plaintiff seeks relief from the memorandum order entered by Magistrate Judge Robert C. Mitchell on January 25, 2013 [document #6], which was subsequently clarified by the Magistrate Judge on March 5, 2013 [document #8]. Upon review of the issues raised by the appeal, the Court concludes that the original order of January 25, 2013, and later clarified on March 5, 2013, is neither clearly erroneous nor contrary to law. Fed.R.Civ.P. 72.

Therefore, this _11_ day of March, 2013, IT IS HEREBY ORDERED that the plaintiff's appeal, and any request for reconsideration, is DENIED and the order of January 25, 2013, as clarified on March 5, 2013, is AFFIRMED.

BY THE COURT:

_/s/ G.L. Lancaster_, C.J.

cc: The Honorable Robert C. Mitchell,
    United States Magistrate Judge

Frederick Banks, #05711-068
Northeast Ohio Correction Center
2240 Hubbard Road
Youngstown, OH 44505